UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CARRIE BRANNEN, *both individually and on behalf of the Plan (First Citizens Bankshares, Inc. Employee Stock Ownership Plan with 401(K) Provisions)*,<br><br>Plaintiff,<br>v.<br><br>FIRST CITIZENS BANKSHARES, INC. EMPLOYEE STOCK OWNERSHIP PLAN WITH 401(K) PROVISIONS et al.,<br><br>Defendants. | Case No. CV615-030 |

## ORDER

The Court having reviewed and considered the petition of Charles F. Seemann of the law firm of Jackson Lewis, PC, 650 Poydras Street, Suite 1900, New Orleans, Louisiana 70130, for permission to appear pro hac vice on behalf of defendant First Citizens Bankshares Inc. Employee Stock Ownership Plan with 401(K) Provisions et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Charles F. Seemann, as counsel of record for defendant Julian C. Lane, Jr., in this case.

**SO ORDERED** this __28th__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA