UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CARRIE BRANNEN, *both individually and on behalf of the Plan (First Citizens Bankshares, Inc. Employee Stock Ownership Plan with 401(K) Provisions)*,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CITIZENS BANKSHARES, INC. EMPLOYEE STOCK OWNERSHIP PLAN WITH 401(K) PROVISIONS et al.,<br><br>Defendants. | Case No. CV615-030 |

## ORDER

The Court having reviewed and considered the petition of Peter Sean Fruin of the law firm of Maynard Cooper & Gale, PC, 1901 Sixth Avenue North, Suite 2400, Birmingham, Alabama 35203, for permission to appear pro hac vice on behalf of defendant First Citizens Bankshares Inc. Employee Stock Ownership Plan with 401(K) Provisions et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Peter Sean Fruin, as counsel of record for defendant The Trust Company of Sterne, Agee & Leach, Inc., in this case.

**SO ORDERED** this __28th__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA