UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CARRIE BRANNEN, both individually and on behalf of the Plan (First Citizens Bankshares Inc. Employee Stock Ownership Plan with 401(K) Provisions), <br><br> Plaintiff, <br><br> vs. <br><br> FIRST CITIZENS BANKSHARES INC. EMPLOYEE STOCK OWNERSHIP PLAN WITH 401(K) PROVISIONS; S BANKSHARES, INC. (f.k.a. First Citizens Bankshares, Inc.); DANA A. POTTS as Plan Administrator of First Citizens Bankshares Inc. Employee Stock Ownership Plan with 401(K) Provisions and as a Member of the Board of Directors; Board of Directors Members JEANIE K. ANDERSON, ELSIE R. CHISHOLM, M. L. COFFER, B. DANIEL DUBBERLY, JR., MICHAEL J. KISTLER, JULIAN (BUTCH) C. LANE, JR., DON C. MARTIN, WILLIAM M. MILLER, RICHARD G. MOPPER, PATRICK T. O'CONNOR; MARK V. SMITH, RON STEPHENS, & JEFFREY R. TUCKER; Investment Committee Members JOHN DOES 1-20; Plan Trustee THE TRUST COMPANY OF STERNE, AGEE & LEACH, INC., <br><br> Defendants. | CIVIL ACTION FILE <br> NO: 6:15-CV-00030-JRH-GRS |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff and Defendants, through their respective counsel of record, and jointly notify the Court that they have reached a settlement in principle of the claims at issue in this case. Because the settlement involves resolution of Plaintiff's ERISA § 502(a)(2) claims on behalf of the Plan, and also requires payment into the ESOP Trust, it is contingent upon approval by an Independent Fiduciary's: (i) approving the settlement and giving a release in its capacity as

a fiduciary for the Plan and for and on behalf of the Plan coextensive with the release from the Plaintiff; (ii) authorizing the Settlement in accordance with the Prohibited Transaction Class Exemption 2003-39; and (iii) finding that the settlement does not constitute a prohibited transaction under ERISA § 406(a).  The Independent Fiduciary, once appointed, will need to conduct due diligence into the claims and the settlement.  S Bankshares, Inc., as plan sponsor, agrees to move promptly to engage such an Independent Fiduciary, and all Parties agree to cooperate in providing information to the Independent Fiduciary upon request.  The Parties expect that the Independent Fiduciary can complete its work within sixty (60) days.  If the Independent Fiduciary approves the settlement, as described above, the Parties will act promptly to file a stipulation of dismissal of the action.

Respectfully submitted, this 9th day of March, 2017.

| | |
|---|---|
| /s/ Charles F. Seemann, III | /s/ Eric R. Magnus |
| Charles F. Seemann, III, Esq. | Eric R. Magnus |
| Admitted *Pro Hac Vice* | Georgia Bar No. 801405 |
| Jackson Lewis PC – LA, Esq. | Jackson Lewis, PC - ATL |
| 650 Poydras Street | 1155 Peachtree Street, NE |
| Suite 1900 | Suite 1000 |
| New Orleans, Louisiana 70130 | Atlanta, Georgia  30309 |
| Email: charles.seemann@jacksonlewis.com | Email: magnuse@jacksonlewis.com |
| *Attorney for Defendant Julian C. Lane, Jr.* | *Attorney for Defendant Julian C. Lane, Jr.* |
| | |
| /s/ Nancy B. Pridgen | /s/ Jeffrey W. DeLoach |
| Nancy B. Pridgen | Jeffrey w. DeLoach |
| Georgia Bar No. 587949 | Georgia Bar No. 081669 |
| Patel Burkhalter Law Group | Epps, Holloway, Deloach & Hoipkemier, LLC |
| 4045 Orchard Road | 1120 Langford Drive |
| Building 400 | Building 200, Suite 101 |
| Atlanta, Georgia  30080 | Watkinsville, Georgia  30677 |
| Email: npridgen@patelburkhalter.com | Email: jeff@ehdhlaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

/s/ W. Bard Brockman
W. Bard Brockman
Georgia Bar No. 084230
Bryan Cave, LLP
One Atlantic Center, 14th Fl.
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
*Counsel for Defendants First Citizens Bankshares, Inc. Employee Stock Ownership Plan with 401(k) Provisions, S Bankshares, Inc. f/k/a First Citizens Bankshares, Inc., Dana A. Potts, Jeanie K. Anderson, Elsie R. Chisholm, M.L. Coffer, B. Daniel Dubberly, Jr., Michael J. Kistler, Don C. Martin, William M. Miller, Richard G. Mopper, Patrick T. O'Connor, Mark V. Smith, Ron Stephens, and Jeffrey Tucker*

/s/ Grace R. Murphy
Grace R. Murphy, Esq.
*(Admitted Pro Hac Vice)*
Peter Sean Fruin, Esq.
*(Admitted Pro Hac Vice)*
Starr Turner Drum
Georgia Bar No. 733029
Maynard Cooper & Gale, PC
1901 Sixth Avenue, North, Suite 2400
Birmingham, Alabama  35203
Email: sdrum@maynardcooper.com
*Attorneys for The Trust Company of Sterne, Agee & Leach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT NOTICE OF SETTLEMENT was filed using the court's CM/ECF system, and served on counsel of record by depositing a copy of same in the United States Mail, with adequate postage, addressed as follows:

Nancy B. Pridgen, Esq.
Patel Burkhalter Law Group
4045 Orchard Road
Building 400
Atlanta, Georgia  30080
Email: npridgen@patelburkhalter.com
*Attorney for Plaintiff*

Jeffrey W. DeLoach, Esq.
Epps, Holloway, Deloach & Hoipkemier, LLC
1120 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia  30677
Email: jeff@ehdhlaw.com
*Attorney for Plaintiff*

Eric R. Magnus, Esq.
Jackson Lewis, PC - ATL
1155 Peachtree Street, NE
Suite 1000
Atlanta, Georgia  30309
Email: magnuse@jacksonlewis.com
*Attorney for Defendant Julian C. Lane, Jr.*

Charles F. Seemann, III, Esq.
Jackson Lewis PC – LA
650 Poydras Street
Suite 1900
New Orleans, Louisiana  70130
Email: charles.seemann@jacksonlewis.com
*Attorney for Defendant Julian C. Lane, Jr.*

Grace R. Murphy, Esq.
Peter Sean Fruin, Esq.
Starr Turner Drum, Esq.
Maynard Cooper & Gale, PC
1901 Sixth Avenue, North, Suite 2400
Birmingham, Alabama  35203
Email: sdrum@maynardcooper.com
*Attorneys for The Trust Company of Sterne, Agee & Leach, Inc.*

This 9th day of March, 2017.

/s/ W. Bard Brockman
W. Bard Brockman
Georgia Bar No. 084230
BRYAN CAVE LLP
One Atlantic Center, 14th Fl.
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Email:  bard.brockman@bryancave.com

*Counsel for Defendants First Citizens Bankshares, Inc. Employee Stock Ownership Plan with 401(k) Provisions, S Bankshares, Inc. f/k/a First Citizens Bankshares, Inc., Dana A. Potts, Jeanie K. Anderson, Elsie R. Chisholm, M.L. Coffer, B. Daniel Dubberly, Jr., Michael J. Kistler, Don C. Martin, William M. Miller, Richard G. Mopper, Patrick T. O'Connor, Mark V. Smith, Ron Stephens, and Jeffrey Tucker*

6666764.1